IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: JON T. HUSEBY | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 25-cr-356 (ECT/EMB) |
| | ) | Date: | September 23, 2025 |
| Mark Erjavec, | ) | Courthouse: | Minneapolis |
| | ) | Courtroom: | 9W |
| Defendant. | ) | Time Commenced: | 1:41 p.m. |
| | ) | Time Concluded: | 1:52 p.m. |
| | ) | Time in Court: | 11 minutes |

APPEARANCES:

Plaintiff: Andrew Dunne, Assistant U.S. Attorney
Defendant: Kate Adams, Assistant Federal Defender
  X FPD      X To be appointed for purposes of today. Defendant intends to retain counsel.


Date Charges Filed: September 18, 2025      Offense: wire fraud.

   X Advised of Rights

on    X Indictment


X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is TBD before U.S. Magistrate Judge Elsa M. Bullard for:
         X Arraignment


X Government moves to unseal the case.      X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                              _s/ms_
                                                    Signature of Courtroom Deputy